**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20354-CR-MGC(s)**
**18 U.S.C. § 247(a)(2) and (d)(3)**
**18 U.S.C. § 875(c)**

FILED BY TB
Deputy Clerk
Jun 15, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**GERALD SLOANE WALLACE,**

**Defendant.**
_____________________________________/

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
Obstruction of Persons in the Free Exercise of Religious Beliefs
(18 U.S.C. §§247(a)(2) and (d)(3))

On or about February 19, 2017, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**GERALD SLOANE WALLACE,**

in or affecting interstate commerce, did intentionally obstruct, and attempt to obstruct, by threat of force, members of the Islamic Center of Greater Miami, in the enjoyment of the members' free exercise of their religious beliefs, in that the defendant used a cellular telephone to call the Islamic Center of Greater Miami and left a voicemail message that included the threatened use of a dangerous weapon by stating, "Fuck you Muslims, fuck Mohammed, fuck the Koran and fuck Islam. I hate you Muslims, you Muslims are terrible. I hate you people. I'm gonna go down to your center, I'm gonna shoot all ya'll. Fuck you, I hate your Allah, I hate your Koran, I hate everything about Islam. You people are worthless shit. Go to hell. Fuck you," in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

**COUNT 2**

Communications of a Threat to Injure
(18 U.S.C. §875(c))

On or about February 19, 2017, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**GERALD SLOANE WALLACE,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, and with the knowledge that the communication would be viewed as a threat, in that he stated in a recorded voicemail message to the Islamic Center of Greater Miami, "Fuck you Muslims, fuck Mohammed, fuck the Koran and fuck Islam. I hate you Muslims, you Muslims are terrible. I hate you people. I'm gonna go down to your center, I'm gonna shoot all ya'll. Fuck you, I hate your Allah, I hate your Koran, I hate everything about Islam. You people are worthless shit. Go to hell. Fuck you," in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

F

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

T.E. WHEELER, II
ACTING ASSISTANT
ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

HARRY C. WALLACE, JR.
ASSISTANT U.S. ATTORNEY

SAMANTHA TREPEL
TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** 17-20354-CR-MGC(s)

**vs.**

**GERALD SLOANE WALLACE**

# CERTIFICATE OF TRIAL ATTORNEY

**Defendant.** /

**Superseding Case Information:**

**Court Division:** (Select One)

X Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No X
Number of New Defendants ___
Total number of counts 4

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ___

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | x | | Petty | |
| II | 6 to 10 days | | | Minor | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | x |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: Case No. ___
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. ___
Related Miscellaneous numbers: ___
Defendant(s) in federal custody as of June 6, 2017
Defendant(s) in state custody as of February 27, 2017
Rule 20 from the ___

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes x No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes x No

HARRY C. WALLACE, JR.
ASSISTANT UNITED STATES ATTORNEY
Bar No. 623946

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **GERALD SLOANE WALLACE**

**Case No**: 17-20354-CR-MGC(s)

Count #: 1

Attempted Obstruction of Persons in the Free Exercise of Religious Beliefs

Title 18, United States Code, Section 247

* **Max.Penalty**: 20 years

Count #: 2

Interstate Communication of a Threat to Injure

Title 18, United States Code, Section 875(c)

* **Max.Penalty**: 5 years

Count #:

* **Max.Penalty**:

Count #:

* **Max.Penalty**:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**